UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL WILSON,
            Plaintiff,     :

           :       CIVIL NO. 3:14-CV-2312

      v.        :

           :       (Judge Kosik)

JOHN KERESTES, et al.,
            Defendants.   :

## ORDER

AND NOW, THIS 2nd DAY OF JUNE, 2015, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Thomas M. Blewitt (retired) filed on December 23, 2014 (Doc. 7) is **ADOPTED in part and DECLINED to be adopted in part**;

(2) Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**;

(3) Defendants Beggs and Kerestes are **DISMISSED** from this action;

(4) The action shall **PROCEED** against Defendant Spaide; and,

(5) The Clerk of Court is directed to **REMAND AND REFER** the above-captioned action to a Magistrate Judge for further proceedings.

Edwin M. Kosik
United States District Judge

FILED
SCRANTON

JUN 2 - 2015

PER _____
     DEPUTY CLERK